UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| FABIO A. BINDEL, | |
|---|---|
| Plaintiff, | |
| v. | CAUSE NO.: 2:19-CV-177-TLS-JEM |
| SELENE FINANCE LP and DOES 1 through 10, | |
| Defendants. | |

**OPINION AND ORDER**

This matter is before the Court sua sponte. Having reviewed the Plaintiff's Complaint, the Court takes judicial notice that the Plaintiff, proceeding without counsel, requests a temporary restraining order and a preliminary injunction in the Prayer for Relief [ECF No. 1].

However, Northern District of Indiana Local Rule 65-1 requires that a plaintiff file separate motions to seek a temporary restraining order and a preliminary injunction:

> **(a) Preliminary Injunctions.** The court will consider requests for preliminary injunctions only if the moving party files a separate motion for relief.
>
> **(b) Temporary Restraining Orders.** The court will consider requests for temporary restraining orders only if the moving party:
>
> **(1)** files a separate motion for relief;
>
> **(2)** files a supporting brief; and
>
> **(3)** complies with Fed. R. Civ. P. 65(b).

N.D. Ind. L.R. 65-1. The Plaintiff has not filed any such separate motions. In addition, Federal Rule of Civil Procedure 65(b) sets forth requirements for temporary restraining orders that the Plaintiff has not followed.

Accordingly, the Court DENIES without prejudice the requests in the Plaintiff's Complaint for a temporary restraining order and a preliminary injunction. The Court GRANTS the Plaintiff leave to refile the requests for a temporary restraining order and a preliminary injunction in compliance with Northern District of Indiana Local Rule 65-1 and Federal Rule of Civil Procedure 65(d) on or before June 21, 2019.

SO ORDERED on May 23, 2019.

s/ Theresa L. Springmann
CHIEF JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT